UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK BRANDSRUD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XAVIER BECERRA, California State Attorney General, Department of Justice.<br><br>　　　　Defendant. | NO. CV 16-164-SVW (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants motion to dismiss the Second Amended Complaint is granted without leave to amend and the entire action is dismissed with prejudice.

DATED: May 15, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　United States District Judge